UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES WHITAKER,<br><br>               Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>               Defendant. | CASE NO. C12-5591 BHS-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 3). The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Plaintiff's application to proceed *in forma pauperis* is **DENIED.**

Dated this 22nd day of August, 2012.

                                                                                */s/ Benjamin H. Settle*
                                                  BENJAMIN H. SETTLE
                                                  United States District Judge

ORDER